# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>O. BEREGOVSKAYS, et al.,<br><br>    Defendants.<br>_____ / | CASE No. 1:12-cv-01912-MJS (PC)<br><br>ORDER (1) DIRECTING CLERK TO PROVIDE PLAINTIFF WITH A COPY OF THE COMPLAINT (2) EXTENDING TIME FOR PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT<br><br>(ECF No. 11)<br><br>FIRST AMENDED COMPLAINT DUE IN THIRTY DAYS |

Plaintiff Roberto Herrera, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on November 26, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

The Court screened Plaintiff's Complaint and dismissed it on December 21, 2012 for failure to state a claim, but gave Plaintiff leave to file an amended complaint by not later than January 24, 2013. (ECF No. 6.) The January 24th deadline passed without Plaintiff filing an amended complaint or requesting an extension of time to do so. On February 20, 2013, the Court ordered Plaintiff to either file an amended complaint or show cause why his action should not be dismissed for failure to comply with the Court's December 21st Order. (ECF No. 8.) On March 18, 2013, the Court discharged the Order to show cause and extended the time for Plaintiff to file his first amended

complaint through April 22, 2013. (ECF No. 10.) The April 22nd deadline passed without Plaintiff filing a first amended complaint or seeking an extension of time to do so.

Pending before the Court is Plaintiff's Motion filed April 29, 2013 requesting a copy of the Complaint so he can prepare his first amended complaint. (ECF No. 11.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 11) is GRANTED such that:

1. The Clerk of the Court shall provide Plaintiff with a copy of the Complaint on file in this action;

2. Plaintiff shall file his first amended complaint by not later than thirty (30) days following service of this Order; and

3. If Plaintiff fails to file a first amended complaint in compliance with this Order, this action shall be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Di Vittorio 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   May 4, 2013                          /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE