# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O. BEREGOVSKAYS,<br><br>　　　　Defendants. | Case No. 1:12-cv-01912-MJS (PC)<br><br>**ORDER (1) DENYING APPOINTMENT OF COUNSEL, and (2) GRANTING MISCELANEOUS RELIEF**<br><br>**(ECF No. 20)**<br><br>**SECOND AMENDED COMPLAINT DUE IN THIRTY (30) DAYS** |

　　　　Plaintiff Roberto Herrera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff's complaint and first amended complaint were dismissed for failure to state a claim, but Plaintiff was given leave to file a second amended complaint by not later than August 28, 2013. (ECF Nos. 6, 14, 17.) Plaintiff has filed a motion seeking (1) appointment of counsel, (2) a copy of his first amended complaint and the order screening it, and (3) an extension of time to file a second amended complaint. (ECF No. 20.)

　　　　The motion for appointment of counsel shall be denied for the reasons stated in the Court's July 25, 2013 order denying counsel. (ECF No. 17.) Plaintiff provides no basis for the Court to reconsider that order. Fed. R. Civ. P. 60(b)(6). A plaintiff seeking reconsideration must show "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds

1

exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion." Local Rule 230(j); see Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009). Plaintiff makes no such showing. It is not enough to merely disagree with the court's decision or simply restate that already considered by the court. United States v. Westlands Water Dist., 134 F.Supp.2d 1111, 1131 (E.D. Cal. 2001).

Plaintiff's motion for a copy of his first amended complaint and the screening order dismissing it and for an extension of time to file an amended pleading shall be granted for good cause shown.

Accordingly, it is HEREBY ORDERED THAT Plaintiff's motion (ECF No. 20):

1. Is DENIED as to the request for appointment of counsel;
2. Is GRANTED as to the request for a copy of the first amended complaint and order screening it; the Clerk is directed to provide Plaintiff with a copy of ECF Nos. 13 & 14;
3. Is GRANTED as to the requested extension of time; Plaintiff shall file a second amended complaint by not later than thirty (30) days from service of this order; and
4. If Plaintiff fails to file a second amended complaint in compliance with this order, the action shall be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Di Vittorio 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: November 11, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2