# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | Case No. 1:12-cv-01912-MJS (PC) |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR COPY OF FIRST AMENDED COMPLAINT** |
| v. | |
| O. BEREGOVSKAYS, | **(ECF No. 28)** |
| Defendants. | |

Plaintiff Roberto Herrera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's complaint and first amended complaint were dismissed for failure to state a claim, but Plaintiff was given leave to file a second amended complaint by not later than December 16, 2013. (ECF Nos. 6, 14, 17, 27.)

Before the Court is Plaintiff's motion filed November 21, 2013 for a copy of his first amended complaint. On November 12, 2013, the Court ordered the Clerk of the Court to provide Plaintiff with a copy of his first amended complaint and the screening order dismissing it. (ECF No. 27.) The Court has already ordered the relief sought in the instant motion.

Accordingly, it is HEREBY ORDERED THAT Plaintiff's motion for a copy of the first

1

1   amended complaint (ECF No. 28) is DENIED as moot.

2

3

4   IT IS SO ORDERED.

5
    Dated:   November 26, 2013            /s/ *Michael J. Seng*
6                                         UNITED STATES MAGISTRATE JUDGE